[76 NE3d 289, 53 NYS3d 878]

# In the Matter of J. MARSHALL AYRES.

Decided June 1, 2017

## APPEARANCES OF COUNSEL

*J. Marshall Ayres*, petitioner pro se.

*Robert H. Tembeckjian*, New York City, for New York State Commission on Judicial Conduct.

## OPINION OF THE COURT

On the Court's own motion, it is determined that the Honorable J. Marshall Ayres is suspended, with pay, effective immediately, from the office of Justice of Conklin Town Court, Broome County, pending disposition of his request for review of a determination by the State Commission on Judicial Conduct.

Concur: Chief Judge DiFIORE and Judges RIVERA, STEIN, FAHEY, GARCIA and WILSON.